Appeal from Wichita County Court; J. P. Jones, Judge.

Charles Kirkpatrick was convicted of exhibiting a moving picture show on Sunday, and he appeals. Affirmed.

H. D. Bishop, of Wichita Falls, for appellants.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of exhibiting a moving picture show on Sunday in violation of article 302, P. C.

The questions presented for revision are very interesting, and, in the opinion of the writer, ought to be sustained, but the majority of the court have held otherwise on each question. They have been thoroughly discussed by the court as it was constituted at the time the opinion in Ex parte Lingenfelder, 64 Tex. Cr. R. 30, 142 S. W. 555, Ann. Cas. 1914C, 765, was written, and again in Zuzarro v. State, 82 Tex. Cr. R. 1, 197 S. W. 982, L. R. A. 1918B, 354, after the personnel of the court had been changed. Again the questions were reviewed at this term of the court in Hegman v. State, 227 S. W. 954, just decided. The writer differed with the majority of the court on those questions, but his views have not obtained.

In obedience to those cases, this judgment must be affirmed, and it is accordingly so ordered.

---

### NICHOLSON v. STATE.　(No. 6009.)

(Court of Criminal Appeals of Texas.　Dec. 16, 1920.)

Appeal from District Court, Smith County; J. R. Warren, Judge.

J. T. Nicholson was convicted of aggravated assault, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Smith county, Tex., of the offense of aggravated assault, and his punishment fixed at a fine of $100 and 30 days' confinement in the county jail.

There are neither bills of exceptions nor statement of facts in the record. We have examined the charge of the court and the indictment herein, and find both to be in conformity with the law. The motion for new trial is a purely formal one, and presents nothing, except that the verdict was contrary to the law and the evidence.

Finding no error in the record, the judgment of the trial court will be affirmed.